**Sharon SIMS, Appellant,**

v.

**CITY OF INDEPENDENCE, Missouri, Respondent.**

**No. WD 71975.**

Missouri Court of Appeals, Western District.

Sept. 14, 2010.

Mav H. Mirfasihi, for Appellant.

Merry M. Tucker, for Respondent.

Before Division Three: VICTOR C. HOWARD, Presiding Judge, THOMAS H. NEWTON, Judge and GARY D. WITT, Judge.

## ORDER

PER CURIAM:

Sharon Sims appeals the trial court's grant of summary judgment in favor of the City of Independence on Sims's petition to recover damages for injuries allegedly caused by a dangerous condition on the City's property. On appeal, Sims claims that a genuine issue of material fact existed as to whether the City had the right to exclusive possession and control of the property where the injury occurred. Because a published opinion would have no precedential value, a memorandum has been provided to the parties.

The judgment is affirmed. Rule 84.16(b).